FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SARAH ANN BREWSTER,<br><br>  Defendant. | No. 4:20-CR-06031-SAB-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND UNOPPOSED MOTION TO EXPEDITE<br><br>**ECF Nos. 208, 209** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 208) and Unopposed Motion to Expedite (ECF No. 209). Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motions. Specifically, Defendant asks the Court to modify Special Condition No. 9, which requires Defendant to wear a GPS monitoring device at all times. In support of the motion for modification, Defendant notes that, to date, she has fully complied with Special Condition No. 9 and all other conditions of her supervised release. Defendant states removal of the GPS device will facilitate her

ability to obtain employment and will allow her to obtain an MRI that has been scheduled for August 18, 2021.

For the reasons set forth in the Motion, **IT IS ORDERED:**

1. Defendant's Unopposed Motion to Expedite (**ECF No. 209**) is **GRANTED**.

2. Defendant's Unopposed Motion to Modify Conditions of Release (**ECF No. 208**) is **GRANTED**.

3. Special Condition No. 9 (**ECF No. 190**) shall be **STRICKEN**.

4. All other conditions of release shall remain in effect.

DATED August 6, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE