# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Brewster, Sarah Ann | Docket No. | 0980 4:20CR06031-SAB-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sarah Ann Brewster, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 22nd day of April 2021, under the following conditions:

**Standard Condition 9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 21 § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by using controlled substances, methamphetamine, on or prior to October 28, 2021, and November 5, 2021.

On April 26, 2021, the defendant signed her conditions of pretrial release indicating she understood she could not use controlled substances.

On October 28, 2021, the defendant reported to Merit to provide a random urine sample for drug testing.  The sample returned presumptive positive for the presence of methamphetamine. The sample was forwarded to Abbott for confirmation. On November 4, 2021, the sample was confirmed positive for the presence of methamphetamine.

On November 8, 2021, the defendant reported to the Richland pretrial office and signed the Admission/Denial Report stating she had last used methamphetamine on November 5, 2021. A urine sample was obtained and sent to Abbott for confirmation. The sample did return positive for the presence of methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:     November 18, 2021 |
| by | s/David L. McCary |
|  | David L. McCary<br>U.S. Pretrial Services Officer |

Re: Brewster, Sarah Ann
November 18, 2021
Page 2

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

11/22/2021

Date