PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: November 10, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2022

SEAN F. MCAVOY, CLERK

Name of Offender: Sarah Ann Brewster          Case Number: 0980 4:20CR06031-SAB-2

Address of Offender: ███████████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 23, 2022

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 16 days; TSR - 72 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: | September 23, 2022 |
| Defense Attorney: | Douglas E. McKinley, Jr | Date Supervision Expires: | September 22, 2028 |

### PETITIONING THE COURT

To issue a summons.

On September 27, 2022, the judgement and sentence was reviewed with Ms. Brewster. She stated that she understood the conditions of her supervised release. She signed her judgment and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by failing to report to the probation office on November 8, 2022 as directed.<br><br>On October 18, 2022, Ms. Brewster reported into the office and provided a urine sample that was positive for fentanyl. As part of the original response to her noncompliance, she was directed to report every Tuesday until she had secured a detox facility bed. Ms. Brewster reported to the office on October 25, and November 1, 2022.<br><br>On November 8, 2022, Ms. Brewster failed to report to federal probation as directed. She texted the undersigned officer that she was on her way to the emergency room in Spokane in order to secure a detox bed, however, did not provide any verification as requested. |

Prob12C
**Re: Brewster, Sarah Ann**
**November 10, 2022**
**Page 2**

2    **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about October 18, 2022.

On October 18, 2022, Ms. Brewster reported to the probation office for a random urinalysis. This officer tested the sample for fentanyl and it showed presumptive positive. When asked, Ms. Brewster immediately seemed confused, but eventually admitted to using fentanyl that morning. She signed a drug use admission form and the sample was sent to the lab for confirmation. The lab report confirmed the specimen was positive for fentanyl.

3    **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about October 25, 2022.

On October 25, 2022, Ms. Brewster reported to the probation office for an office visit and urinalysis. The sample was presumptive positive for methamphetamine and fentanyl. Ms. Brewster admitted that she was continuing to use fentanyl, but denied using methamphetamine. She theorized that there may have been methamphetamine mixed with the fentanyl. The sample was sent to the lab for confirmation. The lab report confirmed positive for methamphetamine, but due to an error in completing the request, it was not tested for fentanyl.

4    **Standard Condition # 3:** You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence:** Ms. Brewster is considered to be in violation of her supervised release by traveling out of the Eastern District of Washington, on or about November 9, 2022, without prior approval.

On November 9, 2022, Ms. Brewster reported to this officer that she left Spokane, Washington, at 6 a.m. that morning to go to Everett, Washington, located in the Western District of Washington. Once this officer was able to talk to Ms. Brewster, she explained that she did not have a detox bed lined up, but believed that she could get one when she arrived there since there are more detox centers in Western Washington. Ms. Brewster was not granted permission to leave the Eastern District of Washington and had not contacted this officer prior to leaving.

Prob12C
**Re: Brewster, Sarah Ann**
**November 10, 2022**
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 10, 2022

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

11/10/2022
Date