PROB 12C
(6/16)

Report Date: December 8, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 09, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Brewster     Case Number: 0980 4:20CR06031-SAB-2

Address of Offender: ███████████████  Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 23, 2022

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of Heroin<br>21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 16 days;<br>TSR - 72 days | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: | September 23, 2022 |
| Defense Attorney: | Douglas E. McKinley, Jr | Date Supervision Expires: | September 22, 2028 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 10, 2022.

On September 27, 2022, the judgment and sentence was reviewed with Ms. Brewster. She stated that she understood the conditions of her supervised release. She signed her judgement and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about December 5, 2022.<br><br>On December 6, 2022, Ms. Brewster reported to the probation office as previously directed in response to previous violations. A urine sample was taken that tested presumptive positive for fentanyl. After initially denying the use, Ms. Brewster admitted to using the day before and signed a drug use admission form. |

Prob12C
**Re: Brewster, Sarah Ann**
**December 8, 2022**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 8, 2022

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

12/9/2022
Date