PROB 12C
(6/16)

Report Date: January 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Brewster                    Case Number: 0980 4:20CR06031-SAB-2

Address of Offender: ▆▆▆▆▆▆▆▆▆ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 23, 2022

Original Offense:    Conspiracy to Distribute 100 Grams or More of Heroin
                     21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846

Original Sentence:   Prison - 16 days;            Type of Supervision: Supervised Release
                     TSR - 72 months

Asst. U.S. Attorney: Joseph H. Harrington         Date Supervision Commenced: September 23, 2022

Defense Attorney:    Douglas E. McKinley, Jr      Date Supervision Expires: September 22, 2028

## PETITIONING THE COURT

To issue a warrant.

On September 27, 2022, the judgement and sentence was reviewed with Ms. Brewster. She stated that she understood the conditions of her supervised release. She signed her judgement and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about January 6, 2023. |
| | On January 9, 2023, Ms. Brewster reported to the probation office after being discharged from inpatient treatment. She admitted to using fentanyl after her release and signed a drug use admission form. A urine sample was also collected and was presumptive positive for fentanyl. |
| 2 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved |

Prob12C
**Re: Brewster, Sarah Ann**
**January 12, 2023**
**Page 2**

substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by being discharged from inpatient treatment at Spokane Addiction Recovery Center (SPARC) on January 6, 2023.

Ms. Brewster was assessed by Merit Resource Services and determined to need inpatient treatment. She entered inpatient treatment at SPARC on January 3, 2023. She was discharged for lack of progress/participation on January 6, 2023. SPARC also assessed Ms. Brewster as needing inpatient treatment.

3   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by failing to provide a urine sample on January 10, 2023.

Ms. Brewster reported to the probation office as directed on January 10, 2023. A urine sample was requested, which Ms. Brewster was unable to provide after being at the officer for over an hour and being given three opportunities.

4   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about January 11, 2023.

Ms. Brewster reported to the probation office as directed and provided a urine sample. The sample tested presumptive positive for fentanyl. Ms Brewster denied use since January 6, 2023, and the sample was sent to the lab for confirmation. As of the date of this report, the sample has not been received.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 12, 2023

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

Prob12C
**Re: Brewster, Sarah Ann**
**January 12, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/13/2023

Date