PROB 12C
(6/16)

Report Date: August 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sarah Ann Brewster | Case Number: 0980 4:20CR06031-SAB-2 |
| Last Known Address of Offender: ▮▮▮▮▮▮▮ Richland, Washington 99354 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: September 23, 2022 | |
| Original Offense: Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 | |
| Original Sentence: Prison - 16 days; TSR - 72 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Todd Swensen | Date Supervision Commenced: September 23, 2022 |
| Defense Attorney: To be assigned | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/04/2023.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release conditions by failing to obey all laws by committing the offense of false reporting on or about August 26, 2024. |
| | On September 27, 2022, a United States probation officer reviewed with the defendant all conditions of supervision, to include mandatory condition number 1, as noted above. The defendant verbalized understanding, and signed a copy of her conditions. |
| | On August 26, 2024, at approximately 11:33 p.m., Kennewick Police Department (KPD) officers, while conducting extra patrols, observed a vehicle parked on South Conway Street in Kennewick, Washington, with the driver door ajar. A male was in the drivers seat, slumped over with his head down toward his chest. This male was later identified as Zachary Ward. Mr. Ward did not move, as KPD officers approached closer to the vehicle and noticed what appeared to be a tan colored, polymer handgun sitting on Mr. Ward's lap. Mr. Ward later reported this was not a firearm but rather a lighter. It was later determined this was |

Prob12C
**Re: Brewster, Sarah Ann**
**August 28, 2024**
**Page 2**

indeed a lighter that had a slide and pistol grip, a replica looking handgun made to be a lighter. A female, the defendant, was inside the vehicle on the front passenger seat, also passed out. The defendant initially identified herself as Christa Brewster, her sister. A records check revealed Christa Brewster had an outstanding misdemeanor warrant and the defendant was arrested on this warrant. Once she was placed in the backseat of the patrol vehicle, she admitted to lying about her name because she did not want to go to jail; she was unaware of her sister's warrant, and she was hoping the KPD officers would not identify her. She provided her real name being Sarah Brewster. The KPD officer confirmed the defendant's identity. She was booked into the Benton County Jail on the outstanding supervised release warrant, and charged with false reporting, Benton County District Court case number 4A0595265. This state matter is pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 28, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

8/29/2024
Date