PROB 12C
(6/16)

Report Date: April 4, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Brewster                Case Number: 0980 4:20CR06031-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Richland, Washington 99354

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 23, 2022

Original Offense:        Conspiracy to Distribute 100 Grams or More of Heroin
                         21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846

Original Sentence:       Prison - 16 days;            Type of Supervision: Supervised Release
                         TSR - 72 days

Asst. U.S. Attorney:     Todd Swenson                 Date Supervision Commenced: September 23, 2022

Defense Attorney:        Douglas E. McKinley, Jr.     Date Supervision Expires: September 22, 2028

## PETITIONING THE COURT

To issue a warrant.

On September 27, 2022, the Judgement and Sentence was reviewed with Ms. Brewster. She stated that she understood the conditions of her supervised release. She signed her judgement and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about March 30, 2023. |
| | Ms. Brewster reported to Merit Resource Services (Merit) to provide a urine sample as directed by the colorline. Merit staff advised probation that her test was a presumptive positive for fentanyl. Ms. Brewster denied use to Merit staff and the sample was sent to the lab for confirmation. As of the date of this report, the lab report has not been received. |
| | The undersigned officer contacted Ms. Brewster by phone and she admitted to using fentanyl earlier that week. She advised she had borrowed a car from a friend and believed she would be able to maintain her sobriety even though the friend has been a negative influence in the |

Prob12C
Re: **Brewster, Sarah Ann**
**April 4, 2023**
**Page 2**

|   |   |
|---|---|
| | past. Ms. Brewster was directed to report to the probation office on Monday, April 3, 2023, to discuss further. |
| 2 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by failing to report to the probation office on or about April 3, 2023.

Ms. Brewster was directed to report to the probation office on April 3, 2023, after admitting to using fentanyl. Ms. Brewster stated that she would report after making contact with staff at Somerset Counseling Center around 9 a.m. Ms. Brewster failed to report and did not contact the probation office in any way.

| 3 | **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
|---|---|

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by failing to comply with a substance abuse treatment program since on or about March 13, 2023.

Ms. Brewster was scheduled to enter into intensive outpatient treatment with Merit Resource Services on March 13, 2023. However, on the way to her appointment, Ms. Brewster reported getting into a car accident and was unable to make the appointment. Ms. Brewster then asked to transfer her treatment to Somerset Counseling Center (Somerset), as she did not have reliable transportation and could walk to Somerset's office. This was approved by probation, but Ms. Brewster was directed to continue to go to Merit until she was accepted into Somerset. As of the date of this report, Ms. Brewster is not engaged in any treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/04/2023

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

Prob12C
Re: Brewster, Sarah Ann
April 4, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

4/4/2023
Date