PROB 12C
(6/16)

Report Date: May 5, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sarah Ann Brewster | Case Number: 0980 4:20CR06031-SAB-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 23, 2022

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of Heroin<br>21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 | |
| Original Sentence: | Prison - 16 days;<br>TSR - 72 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(October 29, 2024) | Prison - 6 months;<br>TSR - 54 months | |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: March 3, 2025 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: September 2, 2029 |

## PETITIONING THE COURT

To issue a warrant.

On March 3, 2025, the judgement and sentence was reviewed with Ms. Brewster. She stated that she understood the conditions of her supervised release, signed a copy of her judgement and sentence, and was provided a copy for her reference.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about March 28, 2025.<br><br>On March 28, 2025, Ms. Brewster reported to the probation office as instructed. She provided a urine sample that was presumptive positive for fentanyl. She denied use. The sample was sent to the national laboratory and confirmed positive for fentanyl on April 2, 2025. |

Prob12C
Re: Brewster, Sarah Ann
May 5, 2025
Page 2

| | | |
|---|---|---|
| 2 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about April 2, 2025.

On April 2, 2025, this officer conducted an unannounced home visit at Ms. Brewster's residence. She provided a urine sample that was presumptive positive for fentanyl. She denied use. The sample was sent to the national laboratory and confirmed positive for fentanyl on April 9, 2025.

3   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substances, fentanyl, on or about April 9, 2025.

On April 9, 2025, Ms. Brewster reported to the probation office as instructed. She provided a urine sample that resulted in a very faint line, which typically indicates a negative result; however, it was sent to the national laboratory for confirmation given all other lines on the instant urinalysis cup were much more clear. She denied use. The sample confirmed positive for fentanyl on April 14, 2025.

4   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about April 21, 2025.

On April 21, 2025, Ms. Brewster reported to Life Renewal to submit a urine sample per the color-line drug testing system. She provided a sample that was presumptive positive for fentanyl. She denied use. The sample was sent to the national laboratory and confirmed positive for fentanyl on April 26, 2025.

5   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about May 1, 2025.

On May 1, 2025, Ms. Brewster reported to the probation office as instructed. She provided a urine sample that was presumptive positive for fentanyl. She denied use. The sample was sent to the national laboratory for confirmation and results are pending.

Prob12C

Re: Brewster, Sarah Ann
May 5, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 5, 2025

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Stanley A. Bastian

Signature of Judicial Officer

5/5/2025

Date