PROB 12C
(6/16)

Report Date: May 22, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Brewster                      Case Number: 0980 4:20CR06031-SAB-2

Address of Offender: ███████████████, Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 23, 2022

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of Heroin<br>21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 | |
| Original Sentence: | Prison - 16 days;<br>TSR - 72 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 29, 2024) | Prison - 6 months;<br>TSR - 54 months | |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: March 3, 2025 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: September 2, 2029 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 5, 2025.

On March 3, 2025, the judgement and sentence was reviewed with Ms. Brewster. She stated that she understood the conditions of her supervised release, signed a copy of her judgement and sentence, and was provided a copy for her reference.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 4**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Ms. Brewster is considered to be in violation of her supervised release by using a controlled substance, fentanyl, on or about May 14, 2025. |
| | On May 14, 2025, Ms. Brewster reported to the probation office as instructed. She provided a urine sample that was presumptive positive for fentanyl. She denied use. The sample was sent to the national laboratory and confirmed positive for fentanyl on May 19, 2025. |

Prob12C
Re: Brewster, Sarah Ann
May 22, 2025
Page 2

It is respectfully recommended that the Court incorporate the violation contained in this petition in all future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 22, 2025

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/22/2025
Date